**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

|  |  |
|---|---|
| OSAWARU AMEN AIDEYAN, | No. 06-70708 |
| Petitioner, | Agency No. A027-578-399 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted May 12, 2010[**]
San Francisco, California

Before: HUG, RYMER and McKEOWN, Circuit Judges.

Osawaru Amen Aideyan, a native and citizen of Nigeria, petitions this court

for review of the decision of the Board of Immigration Appeals ("BIA") denying

his motion to reopen *sua sponte* its March 5, 2002 decision, which dismissed

Aideyan's appeal from the Immigration Judge's November 12, 1999 decision. We

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

are without jurisdiction to review the BIA's denial of a motion to reopen *sua sponte* under 8 C.F. R. § 3.2(a). <u>Ekimian v. INS</u>, 303 F.3d 1153, 1159 (9th Cir. 2002); <u>see also</u> <u>Minasyan v. Mukasey</u>, 553 F.3d 1224, 1229 (9th Cir. 2009) ("This court does not have jurisdiction to review an alien's claim that the BIA should have exercised its *sua sponte* power' to reopen or reconsider a prior order.") (internal quotation marks and alterations omitted).

**PETITION DISMISSED.**